# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIE A. GONZALEZ,                          ) | |
|                                             ) | |
|                     Plaintiff,              ) | |
|                                             ) | C.A. No. 16-279 GMS |
|            v.                               ) | |
|                                             ) | |
| WESTSIDE FAMILY                             ) | TRIAL BY JURY DEMANDED |
| HEALTHCARE, INC.,                           ) | |
| a Delaware corporation,                     ) | |
|                                             ) | |
|                     Defendant.              ) | |

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree
that this action is dismissed with prejudice. Each party shall bear its own costs and attorneys'
fees.

SCHMITTINGER & RODRIGUEZ, P.A.

*/s/ Noel E. Primos*

Noel E. Primos (No. 5497)
414 South State Street
Dover, DE 19903
Telephone: (302) 674-0140
Facsimile: (302) 678-6580
Email: nprimos@schmittrod.com

*Attorneys for Plaintiff*

Dated: March 24, 2017

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Margaret M. DiBianca*

Margaret M. DiBianca, Esq. (No. 4539)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com

*Attorneys for Defendants*

Dated: March 24, 2017

SO ORDERED this 29th day of March, 2017

Honorable Gregory M. Sleet